SUSAN L. SCHOENIG, ESQ. (CA #091048)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendants Robert M. Peppercorn, M.D., Inc.
and Robert M. Peppercorn

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMA J. ALANIZ, | Case No. 2:05-CV-2576-MCE-DAD |
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS;** |
| v. | **ORDER** |
| ROBERT M. PEPPERCORN, M.D., INC., a California corporation; ROBERT M. PEPPERCORN, | |
| Defendants. | |

Defendants Robert M. Peppercorn, M.D., Inc. and Robert M. Peppercorn do hereby substitute Murphy Austin Adams Schoenfeld, LLP and Dennis R. Murphy of said firm, as its counsel of record in said action, in the place and stead of McDonough Holland & Allen PC.

DATED:    May 16, 2006            ROBERT M. PEPPERCORN, M.D., INC.

By: /s/ Robert M. Peppercorn (original signature
    retained by attorney Susan L. Schoenig)
    ROBERT M. PEPPERCORN, M.D., President


/s/ Robert M. Peppercorn (original signature
retained by attorney Susan L. Schoenig)
    ROBERT M. PEPPERCORN, M.D.



1

SUBSTITUTION OF ATTORNEYS                                           925258v1 90069/0009

| | | |
|---|---|---|
|1| We agree to the foregoing substitution. | |
|2| DATED:     May 17, 2006 | McDONOUGH HOLLAND & ALLEN PC |
|3| | Attorneys at Law |
|4| | |
|5| | By:     /s/ Susan L. Schoenig |
| | | SUSAN L. SCHOENIG |
|6| We accept the foregoing substitution. | |
|7| DATED:     May 17, 2006 | MURPHY AUSTIN ADAMS SCHOENFELD, LLP |
|8| | |
|9| | By: /s/ Dennis R. Murphy (as authorized on 5-17-06. |
|10| | Original signature retained by Susan L. Schoenig) |
| | | DENNIS R. MURPHY |

IT IS SO ORDERED.

DATED: May 19, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE



SUBSTITUTION OF ATTORNEYS

2

925258v1 90069/0009