IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERMA J. ALANIZ,                              NO.  CIV S-05-2576-MCE-DAD

      Plaintiff,

  v.                                         ORDER

ROBERT M. PEPPERCORN, M.D.,
INC.; ROBERT M. PEPERCORN,

      Defendants.
_____/

      This matter came before the court on June 30, 2006 for hearing on plaintiff's motion to compel Judy Peppercorn, defendant's wife, to testify at deposition.  Alan Adelman appeared telephonically for plaintiff Erma Alaniz.  Dennis Murphy appeared on behalf of defendants Robert M. Peppercorn, M.D., Inc. and Robert M. Peppercorn, M.D.

      Having considered all written materials submitted in connection with the motion, and after hearing oral argument, for the

/////

/////

1

reasons set forth on the record during the hearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel is GRANTED;

2. Judy Peppercorn, defendant Dr. Peppercorn's wife, shall be deposed at a date and time to be scheduled by the parties;

3. Said deposition will be limited by the following constraints: it will be no more than four hours in length, Mrs. Peppercorn will not be compelled to testify as to any communications with defendant which are protected under marital communication privilege, deposition questions should be limited to those clearly relevant to plaintiff's claims concerning a hostile work environment, discrimination, and retaliation and shall not include any questions directed solely to Mrs. Peppercorn's personal life;

4. Parties will file notification with the court as to the date and time of the deposition and Magistrate Judge Drozd will be available during that time via telephone for questions regarding the limitations of the deposition.

DATED: June 30, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:im
Dad1\orders.civil\alaniz0257.granted.wpd

2