DENNIS R. MURPHY, SBN 051215
MARY E. FARRELL, SBN 172050
BRIAN S. CRONE, SBN 191731
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 S Street (95814-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:     (916) 446-2300
Facsimile:      (916) 503-4000
Email:          dmurphy@murphyaustin.com
Email:          mfarrell@murphyaustin.com

Attorneys for Defendants
ROBERT M. PEPPERCORN, M.D., INC. and
ROBERT M. PEPPERCORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMA J. ALANIZ,<br><br>           Plaintiff,<br><br>v.<br><br>ROBERT M. PEPPERCORN, M.D., INC.<br>and ROBERT M. PEPPERCORN,<br><br>           Defendant. | Case No.  05-CV-02576-MCE-DAD<br><br>**DEFENDANTS' REQUEST FOR RELIEF FROM PAGE LIMIT; DECLARATION OF DENNIS R. MURPHY IN SUPPORT THEREOF; ORDER**<br><br>Judge:     Honorable Morrison C. England, Jr. |

Defendants Robert M. Peppercorn, M.D., Inc. and Robert M. Peppercorn ("defendants") respectfully request relief from the 20-page motion limit set forth in the Court's February 28, 2006 Pre-Trial Scheduling Order in order to file their joint motion for summary judgment, which defendants currently expect will exceed the 20 page limit.  As set forth in the Declaration of Dennis R. Murphy, defendants submit this request because there are seven causes of action in plaintiff's complaint, two separate defendants, and more than 12 fact witnesses that will be addressed in the defendants' motion.  Rather than submit two separate motions, one for each defendant, defendants would prefer to submit one joint motion.

Plaintiff's complaint asserts seven causes of action.  Plaintiff asserts claims under

- 1 -

California's Fair Employment and Housing Act (plaintiff's causes of action one through four) and Title VII (plaintiff's causes of action five through seven).  Defendants will be required to separately argue that summary adjudication as to each cause of action is appropriate by applying California legal authority to the FEHA causes of action and federal authority to the Title VII causes of action.  Defendants require additional pages to analyze the claims under the differing legal authority.

In addition to the extensive legal analysis that defendants must submit, there are a large number of fact witnesses to address.  In her Initial Disclosures, plaintiff disclosed the identity of 27 fact witnesses.  Thereafter, during the discovery phase of this case, the parties took 12 depositions, including multiple days of plaintiff and defendant Robert Peppercorn's depositions.

For the foregoing reasons, defendants respectfully request that the Court relieve defendants from the 20 page limit and permit defendants to file a joint motion for summary judgment, or in the alternative, motion for summary adjudication not to exceed 40 pages.

Dated: October  30 , 2006                MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/ Dennis R. Murphy
    DENNIS R. MURPHY
    MARY E. FARRELL
    Attorneys for Defendants
    ROBERT M. PEPPERCORN, M.D., INC. and
    ROBERT M. PEPPERCORN

**DECLARATION OF DENNIS R. MURPHY IN SUPPORT OF DEFENDANTS' MOTION FOR RELIEF FROM PAGE LIMIT**

I, Dennis R. Murphy, hereby declare:

1. I am an attorney, duly licensed and practicing in the State of California and authorized to practice before the United States District Court, Eastern District of California. I am a partner with Murphy Austin Adams Schoenfeld LLP, attorneys for Robert M. Peppercorn, M.D., Inc. and Robert M. Peppercorn, defendants in the above-entitled action.

2. This declaration is filed in support of defendants' request to file their Joint Motion for Summary Judgment, or in the alternative, Motion for Summary Adjudication of Issues in excess of the 20-page limit set forth in the Court's February 28, 2006 Scheduling Order. I have personal knowledge of the facts stated herein and if called to testify, I could and would competently testify thereto.

3. Plaintiff has asserted claims in her complaint against two defendants: Robert M. Peppercorn, M.D., Inc. and Robert M. Peppercorn (as an individual). Some of the causes of action are only asserted against the corporation and others are asserted against both parties. I will be filing a Motion for Summary Judgment, or in the Alternative, Motion for Summary Adjudication of Issues on behalf of both defendants. Because the facts are common to both defendants, I will be filing one joint motion rather than two separate motions, which necessarily increases the number of pages in the motion.

4. Plaintiff's complaint asserts seven separate causes of action. In general, this case involves plaintiff's claims of sexual harassment and sexual discrimination based on claims of sexual favortisim. Plaintiff asserts four different claims under California's Fair Employment and Housing Act and three claims under Title VII. In seeking summary judgment and/or summary adjudication, I must analyze separate legal authority for the FEHA and Title VII claims.

5. In addition to the complex legal issues presented by plaintiff's claims, there are a large number of factual issues that must be addressed in the motion. Plaintiff's Initial Disclosures identified 27 potential witnesses. There were 12 depositions taken during the discovery phase of this case, including multiple days for plaintiff and Dr. Peppercorn. Accordingly, assembling the

material facts from these 12 depositions has taken a substantial amount of pages.

6.   Although we have already spent time editing, we have been unable to reduce the page limit to less than 40 pages without substantially and detrimentally affecting the content. We will continue to edit the motion and will attempt to reduce the page numbers. I believe that defendants may be prejudiced if the page limit is not extended.

7.   As a result, defendants respectfully request relief from the 20 page limit set forth in the Court's Pre-Trial Scheduling Order and requests to file a memorandum of points and authorities of no more than 40 pages. I believe that under the circumstances, this is the number of pages that will be reasonably necessary to properly brief and discuss the issues presented by the subject motion.

8.   My office contacted plaintiff's attorneys, Alan Adelman and Elizabeth Mancl, to request their agreement to our request for relief from the page limit. Mr. Adelman indicated to Brian Crone of my office that on behalf of the plaintiff he had no objection to the Court granting defendants a 5-10 page extension of the page limit but that he felt that anything beyond a 10 page extension would be excessive and unwarranted.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I executed this declaration on the 30th day of October, 2006 at Sacramento, California.

/s/ Dennis R. Murphy
Dennis R. Murphy

The request to exceed twenty (20) pages is granted to the extent that plaintiff and defendant are each permitted to file papers not to exceed thirty (30) pages in length.

IT IS SO ORDERED.
DATED: November 3, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE