UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMA J. ALANIZ, | No. 2:05-cv-02576-MCE-DAD |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT M. PEPPERCORN, M.D., INC., and ROBERT M. PEPPERCORN, | |
| Defendants. | |

The Court received and reviewed the Defendants' Ex Parte Application for an Order Shortening Time For Hearing On Motion to Amend the Pretrial Scheduling Order. The Court is inclined to grant the Ex Parte Application to Amend the Pretrial Scheduling Order based upon its own schedule as well as the facts presented in Defendants' moving papers.

However, in an attempt to promote efficient use of the Court's and Counsels' time, it does not appear that a hearing is necessary to determine if the currently set trial date of July 2, 2007 should be modified.

///

1  Based upon the Court's trial schedule (criminal and civil), the
2  Court hereby vacates the currently set date for trial of July 2,
3  2007.
4      The Court will entertain <u>joint</u> requests from counsel as to
5  alternate dates for trial for a period of ten (10) days from the
6  date of this Order.  Counsel are directed to meet and confer on
7  reaching mutually agreeable proposed dates for trial.  Proposed
8  dates shall be after August 20, 2007.  If no joint requests are
9  received from counsel in said ten (10) day period, the Court will
10 reset the date for the jury trial on a date at the sole
11 convenience of the Court and the party submitting an individual
12 request, if any.
13     In the event the parties are unable to submit a joint
14 request and submit individual requests, the Court will set a date
15 for the jury trial at the Court's convenience without regard to
16 any individual requests.
17     In any event, no objections to the re-set trial date will be
18 accepted or entertained by the Court.

Dated: June 5, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE