DENNIS R. MURPHY, SBN 051215
MARY E. FARRELL, SBN 172050
AARON B. SILVA, SBN 245483
MURPHY AUSTIN ADAMS SCHOENFELD LLP
304 "S" Street (95811-6906)
Post Office Box 1319
Sacramento, California  95812-1319
Telephone:     (916) 446-2300
Facsimile:     (916) 503-4000
Attorneys for Defendants
ROBERT M. PEPPERCORN, M.D., INC. and
ROBERT M. PEPPERCORN

ALAN ADELMAN, SBN 170860
LAW OFFICES OF ALAN ADELMAN
240 Stockton Street, 9th Floor, Union Square
San Francisco, CA  94108
Telephone:     (415) 956-1360
Facsimile:     (415) 625-1339

ELIZABETH S. MANCL, SBN 191844
ATTORNEY AT LAW
508 Forbes Avenue, 2nd Floor South
Yuba City, CA  95991
Telephone:     530/751-1694
Facsimile:     (530) 751-2384
Email:         bethmancl@prodigy.net

Attorneys for Plaintiff
ERMA J. ALANIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMA J. ALANIZ,<br>             Plaintiff,<br><br>     v.<br><br>ROBERT M. PEPPERCORN and<br>ROBERT M. PEPPERCORN, M.D., INC.,<br>a California corporation,<br><br>             Defendants. | Case No.  2:05-CV-02576-MCE-DAD<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT ROBERT M. PEPPERCORN FROM THE THIRD CAUSE OF ACTION**<br><br>Honorable Morrison C. England, Jr. |

///

///

- 1 -

2776.001-601037.1

STIPULATION TO DISMISS DEFENDANT ROBERT M. PEPPERCORN FROM 3RD COA
05-CV-02576-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff ERMA J. ALANIZ ("Plaintiff"), and Defendants ROBERT M. PEPPERCORN and ROBERT M. PEPPERCORN, M.D., INC. ("Defendants"), by and through their respective undersigned counsel, do hereby stipulate as follows:

1. On December 16, 2005 Plaintiff filed a lawsuit naming both ROBERT M. PEPPERCORN, M.D., INC., a California corporation, and ROBERT M. PEPPERCORN, individually, as defendants. The third cause of action in that lawsuit is for retaliation in violation of the California Fair Employment and Housing Act ("FEHA").

2. On March 3, 2008 the California Supreme Court issued a decision in *Jones v. Lodge at Torrey Pines* 42 Cal.4th 1158 (2008). Therein, the Court issued a ruling that individual supervisors cannot be held liable for retaliation under FEHA.

3. Accordingly, the parties hereby stipulate to the dismissal with prejudice of Defendant ROBERT M. PEPPERCORN in his individual capacity from the third cause of action for retaliation in violation of FEHA.

Dated: May _____, 2008          MURPHY AUSTIN ADAMS SCHOENFELD LLP

                                By:/s/_____
                                    DENNIS R. MURPHY
                                    MARY E. FARRELL
                                    AARON B. SILVA
                                    Attorneys for Defendants
                                    ROBERT M. PEPPERCORN, M.D., INC. and
                                    ROBERT M. PEPPERCORN

Dated: May _____, 2008          LAW OFFICES OF ALAN ADELMAN

                                By:/s/_____
                                    ALAN ADELMAN
                                    Attorneys for Plaintiff
                                    ERMA J. ALANIZ

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

In conjunction with the parties' agreement, stipulation, and request above, this court hereby ORDERS as follows:

Defendant ROBERT M. PEPPERCORN, in his individual capacity, is hereby dismissed with prejudice from the third cause of action for retaliation in violation of the Fair Employment and Housing Act.

DATED: May 16, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com