UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERMA J. ALANIZ, | ) | No. 2:05-cv-02576-MCE-DAD |
| Plaintiff, | ) | |
| v. | ) | **ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR ORDER APPROVING SUPERSEDEAS BOND AND STAYING EXECUTION PENDING APPEAL** |
| ROBERT M. PEPPERCORN, M.D., INC. and ROBERT M. PEPPERCORN, M.D., | ) | |
| Defendants. | ) | |

Having reviewed Defendants/Appellants Robert M. Peppercorn, M.D., Inc. and Robert M. Peppercorn, M.D., Ex Parte Application for Order Approving Supersedeas Bond and Staying Execution Pending Appeal or, in the alternative, for an Order Shortening Time to Hear Motion for Order Approving Supersedeas Bond, and Staying Execution on the Judgment Pending Appeal and Declaration of Dennis R. Murphy in support thereof, the Court finds good cause for the Application.

///
///
///
///

1

PDF created with pdfFactory trial version www.pdffactory.com

1  THEREFORE, IT IS HEREBY ORDERED THAT:

2  1.  The supersedeas bond filed with the Court on December 18, 2008, in the above-referenced matter is approved.  Any effort to enforce the Court's June 30, 2008 Judgment shall be stayed pending resolution of the appeal in this matter.  This stay shall apply retroactively to efforts Plaintiff Erma J. Alaniz has already taken to enforce said Judgment.

  IT IS SO ORDERED.

Dated:  December 22, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com