MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

ERMA J. ALANIZ,

12

          Plaintiff,

13

v.

14

ROBERT M. PEPPERCORN and
ROBERT M. PEPPERCORN, M.D., INC.,

15

a California corporation,

16

          Defendants.

17

Case No.  2:05-CV-02576-MCE-DAD

**STIPULATION AND ORDER TO
RELEASE SUPERSEDEAS BOND**

Honorable Morrison C. England, Jr.

18      Plaintiff ERMA J. ALANIZ ("Plaintiff"), and Defendant ROBERT M. PEPPERCORN

19 and ROBERT M. PEPPERCORN, M.D., INC. ("Defendants"), by and through their respective

20 undersigned counsel, do hereby stipulate as follows:

21      1.     On June 30, 2008 the District Court entered a written Judgment in favor of the

22 Plaintiff and against Defendant ROBERT M. PEPPERCORN, M.D., INC. in the amount of

23 $116,031.81.

24      2.     Thereafter, the Defendants filed its Notice of Appeal and the Plaintiff filed her

25 Notice of Cross-Appeal with the Ninth Circuit Court of Appeals (case numbers 08-17679 and 08-

26 17769, respectively).

27
28

2776.001-745075.1

PDF created with pdfFactory trial version www.pdffactory.com

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

3.     On December 18, 2008 the Defendants posted a supersedeas bond with the District in the amount of Four Hundred Eighty-One Thousand Eight Hundred Eighty-Three dollars ($481,883.00) in order to stay any post-judgment proceedings pending appeal.  The District Court approved this bond on December 22, 2008.  A copy of that bond is attached hereto as Exhibit "A."

4.     The parties have tentatively settled their dispute.  Once the settlement agreement is signed and the appropriate payment is made, the parties will dismiss their respective appeals.

5.     In order to satisfy the parties' settlement agreement, the Defendants will need to use the funds which financed the supersedeas bond.

6.     To facilitate the resolution of this matter, the parties request that the District Court enter an order releasing the supersedeas bond it approved on December 22, 2008.

7.     Once the District Court orders that the supersedes bond be released, the parties have agreed to a procedure which protects these funds and ensures that the settlement agreement is adequately funded.  A letter specifying this procedure is attached hereto as Exhibit "B."

Dated: April 29, 2008                    MURPHY AUSTIN ADAMS SCHOENFELD LLP

By:/s/ _____
        DENNIS R. MURPHY
        AARON B. SILVA
        Attorneys for Defendants
        ROBERT M. PEPPERCORN and ROBERT M.
        PEPPERCORN, M.D., INC.

Dated:  April 28, 2008                   LAW OFFICES OF ALAN ADELMAN

By:/s/ _____
        ALAN ADELMAN
        Attorneys for Plaintiff
        ERMA J. ALANIZ

2776.001-745075.1

STIPULATION AND ORDER TO RELEASE SUPERSEDEAS BOND

05-CV-02576-MCE-DAD

PDF created with pdfFactory trial version www.pdffactory.com

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

In conjunction with the parties' agreement, stipulation, and request above, this court hereby ORDERS as follows:

The supersedeas bond which this court approved in this matter on December 22, 2008 is hereby released. Defendants may use these released funds in a manner to consist with the procedure specified in Exhibit "B" to the parties' above stipulation.

DATED: May 5, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

- 3 -

STIPULATION AND ORDER TO RELEASE SUPERSEDEAS BOND

2776.001-745075.1

05-CV-02576-MCE-DAD