| | |
|---|---|
| 1 | DENNIS R. MURPHY, SBN 051215 |
| | AARON B. SILVA, SBN 245483 |
| 2 | MURPHY AUSTIN ADAMS SCHOENFELD LLP |
| | 304 "S" Street (95811-6906) |
| 3 | Post Office Box 1319 |
| | Sacramento, California 95812-1319 |
| 4 | Telephone: (916) 446-2300 |
| | Facsimile: (916) 503-4000 |
| 5 | Email: dmurphy@murphyaustin.com |
| | Email: asilva@murphyaustin.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | ROBERT M. PEPPERCORN, M.D., INC. and |
| | ROBERT M. PEPPERCORN |
| 8 | |
| | ALAN ADELMAN, SBN 170860 |
| 9 | LAW OFFICES OF ALAN ADELMAN |
| | 240 Stockton Street, 9th Floor, Union Square |
| 10 | San Francisco, CA 94108 |
| | Telephone: (415) 956-1360 |
| 11 | Facsimile: (415) 625-1339 |
| | Email: alan@alanadelmanlaw.com |
| 12 | |
| | Attorneys for Plaintiff |
| 13 | ERMA J. ALANIZ |
| 14 | ELIZABETH S. MANCL, SBN 191844 |
| | ATTORNEY AT LAW |
| 15 | 508 Forbes Avenue, 2nd Floor South |
| | Yuba City, CA 95991 |
| 16 | Telephone: 530/751-1694 |
| | Facsimile: (530) 751-2384 |
| 17 | Email: bethmancl@prodigy.net |
| 18 | Attorneys for Plaintiff |
| | ERMA J. ALANIZ |

19

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

PDF created with pdfFactory trial version www.pdffactory.com

MURPHY AUSTIN ADAMS SCHOENFELD LLP
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERMA J. ALANIZ,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. PEPPERCORN and<br>ROBERT M. PEPPERCORN, M.D., INC.,<br>a California corporation,<br><br>Defendants. | Case No. 05-CV-02576-MCE-DAD<br><br>**AMENDED STIPULATION AND ORDER TO RELEASE SUPERSEDEAS BOND**<br><br>Honorable Morrison C. England, Jr. |

Plaintiff ERMA J. ALANIZ ("Plaintiff"), and Defendants ROBERT M. PEPPERCORN and ROBERT M. PEPPERCORN, M.D., INC. ("Defendants"), by and through their respective undersigned counsel, do hereby stipulate as follows:

1. On June 30, 2008 the District Court entered a written Judgment in favor of the Plaintiff and against Defendant ROBERT M. PEPPERCORN, M.D., INC. in the amount of $116,031.81.

2. Thereafter, the Defendants filed its Notice of Appeal and the Plaintiff filed her Notice of Cross-Appeal with the Ninth Circuit Court of Appeals (case numbers 08-17679 and 08-17769, respectively).

3. On December 18, 2008 the Defendants posted a supersedeas bond with the District in the amount of Four Hundred Eighty-One Thousand Eight Hundred Eighty-Three dollars ($481,883.00) in order to stay any post-judgment proceedings pending appeal. The District Court approved this bond on December 22, 2008. A copy of that bond is attached hereto as Exhibit "A."

4. The parties have tentatively settled their dispute. Once the settlement agreement is signed and the appropriate payment is made, the parties will dismiss their respective appeals.

5. In order to satisfy the parties' settlement agreement, the Defendants will need to use the funds which financed the supersedeas bond.

PDF created with pdfFactory trial version www.pdffactory.com

6. To facilitate the resolution of this matter, the parties request that the District Court enter an order releasing the supersedeas bond it approved on December 22, 2008.

7. Once the District Court orders that the supersedes bond be released, the parties have agreed to a procedure which protects these funds and ensures that the settlement agreement is adequately funded. A letter specifying this procedure is attached hereto as Exhibit "B."

Dated: May 1, 2008               MURPHY AUSTIN ADAMS SCHOENFELD LLP


By: /s/
    DENNIS R. MURPHY
    AARON B. SILVA
    Attorneys for Defendants
    ROBERT M. PEPPERCORN and ROBERT M.
    PEPPERCORN, M.D., INC.

Dated: May 1, 2008               LAW OFFICES OF ALAN ADELMAN


By: /s/
    ALAN ADELMAN
    Attorneys for Plaintiff
    ERMA J. ALANIZ

## ORDER

In conjunction with the parties' agreement, stipulation, and request above, this court hereby ORDERS as follows:

In accordance with California Code of Civil Procedure section 995.360 and California Rule of Court 3.1130(c), the undertaking issued by International Fidelity Insurance Co., as Surety, bearing bond no. 473300, filed with this court on December 22, 2008 by Defendants ROBERT M. PEPPERCORN and ROBERT M. PEPPERCORN, M.D., INC. is hereby released in its entirety. The Surety is therefore fully and finally discharged and exonerated as to any and all liability pursuant to this undertaking.

///

PDF created with pdfFactory trial version www.pdffactory.com

The undertaking shall be withdrawn from the court file and returned to Defendants who may use these released funds in a manner consist with the procedure specified in Exhibit "B" to the parties' above stipulation.

Date: May 7, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com